**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **13−26280**
**DERRICK D. STINSON**

Debtor

Adversary Proceeding No. **18−00757**
**DERRICK STINSON**

Plaintiff

v.
**PLS FINANCIAL SERVICES, INC.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

To:  PLS FINANCIAL SERVICES, INC.

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Joseph S Davidson**<br>**2500 S. Highland Ave**<br>**Suite 200**<br>**Lombard, IL 60148** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**10/04/2018 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**


Date Issued
08/21/2018

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

**Derrick D. Stinson v.**
**PLS Financial Services, Inc.**

Adv Proc No: **18-ap-757**

Plaintiff v Defendant

## CERTIFICATE OF SERVICE

I, _____Christine Johnson_____, certify that service of this summons and a copy of the complaint was made _____August 21st, 2018_____ by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

> PLS Financial Services, Inc.
> c/o Registered Agent: COGENCY GLOBAL INC.
> 600 S. Second Street, Suite 404
> Springfield, IL 62704

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____8/21/2018_____        Signature _C. Johnson_

Print Name:        Christine

Business Address: Sulaiman Law Group
2500 S. Highland Ave., Suite 200
Lombard, IL 60148